# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7082**　　　　　　　　　　　　　　　**September Term, 2024**

**1:24-cv-00166-UNA**

**Filed On:** September 30, 2024

Derrick Allen,

      Appellant

  v.

Guilford Technical Community College,

      Appellee

**BEFORE:**　　Millett, Pillard, and Pan, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the brief. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Selena R. Gancasz
Deputy Clerk