# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7082**                                   **September Term, 2024**

**1:24-cv-00166-UNA**

**Filed On:** December 26, 2024

Derrick Allen,

      Appellant

    v.

Guilford Technical Community College,

      Appellee


**BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing, it is

**ORDERED** that the petition be denied.

### Per Curiam

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

                BY:    /s/
                             Michael C. McGrail
                             Deputy Clerk